# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR304** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| **ANTHONY CARROLL, JR.** | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett, III (Filing No. 29). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 29) are adopted in their entirety; and

2.  The Defendant's Motion to Suppress (Filing No. 18) is denied, in accordance with the Findings and Recommendation.

DATED this 4th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge